JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Florida Insurance Concepts ;
**County of Residence:** St. Lucie County

**Defendant(s):**
First Listed Defendant:
Deryck Lance ;
**County of Residence:** Outside This District

Additional Defendants(s):
Lance Insurance Group, PLLC ;

**County Where Claim For Relief Arose:** St. Lucie County

**Plaintiff's Attorney(s):**
Louis E. Lozeau Jr. ( Florida Insurance Concepts)
Wright, Ponsoldt, & Lozeau Trial Attorneys, L.L.P.
1002 S.E. Monterey Commons Blvd., Suite 100
Stuart, Florida 34996
**Phone:** 772.286.5566
**Fax:** 772.286.9102
**Email:** llozeau@wpltrialattorneys.com

**Defendant's Attorney(s):**
William J Cantrell (Deryck Lance)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 N Tampa Street, Suite 3600
Tampa, Florida 33602
**Phone:** 813.289.1247
**Fax:** 813.289.6530
**Email:** william.cantrell@ogletreedeakins.com

Ricardo A. Duarte
Rywant, Alvarez, Jones, Russo & Guyton, P.A.
109 N. Brush Street, Suite 500
Tampa, Florida 33602
**Phone:** 813.229.7007
**Fax:** 813.223.6544
**Email:** rduante@rywantalverez.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 2. Removed From State Court
    **State Removal County:** St. Lucie County
    **State Removal Case Number:** 2017-CA-00274

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** 28 U.S.C. §§1331, 1368, 1441, and 1446 and the Fair Labor Standards Act, as amended, 29 U.S.C. §201 et. seq.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ William J. Cantrell

**Date:** March 9, 2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.